```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12010
    MARCUS D HUNTER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6407


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/12/2008 and was confirmed 07/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/17/2008.
--------------------------------------------------------------------------
                                                       INTEREST    PRINCIPAL
CREDITOR NAME               CLASS         CLAIM AMOUNT   PAID        PAID
--------------------------------------------------------------------------
CHASE MORTGAGE SERVICES   CURRENT MORTG        .00           .00         .00
CHASE MORTGAGE SERVICES   MORTGAGE ARRE   15686.29           .00         .00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY    NOT FILED           .00         .00
ILLINOIS DEPT OF REVENUE  NOTICE ONLY    NOT FILED           .00         .00
SCHOTTLER & ASSOCIATES    PRIORITY       NOT FILED           .00         .00
CHASE                     UNSECURED      NOT FILED           .00         .00
CHASE MASTERCARD          NOTICE ONLY    NOT FILED           .00         .00
CHASE BANK                UNSECURED      NOT FILED           .00         .00
CITY OF CHICAGO DEPT OF   UNSECURED        2876.00           .00         .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED           .00         .00
AMERICAN MUSLIM ASSOCIAT  NOTICE ONLY    NOT FILED           .00         .00
BEVERLY SAVAGE            NOTICE ONLY    NOT FILED           .00         .00
US BANK                   NOTICE ONLY    NOT FILED           .00         .00
SCHOTTLER & ASSOCIATES    DEBTOR ATTY     3,000.00                    625.60
TOM VAUGHN                TRUSTEE                                      54.40
DEBTOR REFUND             REFUND                                         .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   680.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     625.60
TRUSTEE COMPENSATION                                54.40
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                    680.00                   680.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 12010 MARCUS D HUNTER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/24/09                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```